# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Gordon Dunahoo

                         Plaintiff,

v.                                                Case No.: 1:12–cv–04280
                                                      Honorable Virginia M. Kendall

Viking Client Services, Inc., d/b/a Viking Collection Services, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 20, 2012:

      MINUTE entry before Honorable Virginia M. Kendall:This case is hereby dismissed pursuant to settlement with leave to reinstate by 7/30/2012 in the event that settlement has not been effectuated. Civil case terminated. Telephoned notice(tsa, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.