IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Gordon Dunahoo, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   12 C 4280 |
| | ) | |
| Viking Collection Services, Inc., d/b/a | ) | Judge Kendall |
| Viling Collection Services, and Icon | ) | |
| Equities, LLC, a Nevada limited liability | ) | |
| company, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, hereby voluntarily

dismisses his claims against the Defendants, with prejudice.

Dated: July 16, 2012

One of Plaintiff's Attorneys

/s/ David J. Philipps_____ _
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com
mephilipps@aol.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 16, 2012 a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically. Notice of this filing will be sent to the following parties via U.S. Mail, first class postage pre-paid, on July 16, 2012.

Robert Knight, Managing Partner
Icon Equities, LLC
9201 Quaday Avenue
Suite 207
Otsego, Minnesota 55330

Viking Collection Services, Inc., d/b/a
Viking Collection Services
c/o Business Filings Incorporated, as registered agent
600 S. Second Street
Suite 103
Springfield, Illinois 62704


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com